**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

BODYGUARD PRODUCTIONS, INC.,
a Nevada Corporation

**MONTHLY STATUS REPORT**

COMES NOW Bodyguard Productions, Inc., ("Plaintiff"), by its attorneys, Brown & Kannady, LLC, and submits the following status report to inform the Court of the status of service in this case:

**Civil Action No. 17-cv-2675-WYD-MEH:**   No New Activity.

**Civil Action No. 17-cv-2680-WYD-MEH:**   Doe 2 Dismissed with prejudice 1.18.18.

**Civil Action No. 17-cv-2689-WYD-MEH:**   No New Activity.

**Civil Action No. 17-cv-2726-WYD-MEH:**   No New Activity.

**Civil Action No. 17-cv-2803-WYD-MEH:**   No New Activity.

**Civil Action No. 17-cv-2808-WYD-MEH:**   Doe 25 Dismissed with prejudice on 1.11.18; Received Doe information from Comcast on 1.18.18; Demand Letters mailed on 1.19.18

**Civil Action No. 17-cv-2899-WYD-MEH:** Demand letters mailed 1.10.18; Doe 2 Dismissed with prejudice 1.11.18; Doe 15 Dismissed with prejudice on 1.23.18; Doe 8 Dismissed with prejudice 1.15.18.

**Civil Action No. 17-cv-2924-WYD-MEH:**   Doe 4 Dismissed with prejudice on 1.30.18; Doe 10 Dismissed with prejudice on 2.8.18; Doe 15 Dismissed with prejudice on 2.2.18; Demand Letters mailed 1.18.18.

**Civil Action No. 17-cv-2935-WYD-MEH:**  Doe 10 Dismissed with prejudice 1.11.18; Doe 8 Dismissed with prejudice 1.23.18; Doe 1 Dismissed without prejudice on 1.23.18; Doe 22 Dismissed without prejudice on 1.24.18; Doe 24 Dismissed with prejudice 1.31.18; Doe 12 Dismissed without prejudice on 2.9.18; Doe 25 Dismissed with prejudice on 1.31.18; Demand Letters mailed 1.18.18.

**Civil Action No. 17-cv-3012-WYD-MEH:**   No New Activity.

**Civil Action No. 17-cv-3031-WYD-MEH:**   Doe 13 Dismissed with prejudice on 1.23.18; Doe 12 Dismissed with prejudice 2.7.18; Doe 19 Dismissed with prejudice 1.23.18; Doe information received from Comcast 1.19.18; Demand letters mailed 1.24.18.

**Civil Action No. 17-cv-3054-WYD-MEH:**   Doe 14 Dismissed with prejudice 1.31.18; Doe 1 Dismissed with prejudice 2.2.18; Received Doe information from Comcast 1.19.18; Demand letters mailed 1.24.18.

**Civil Action No. 17-cv-3156-WYD-MEH:**   Demand Letters mailed 2.7.18.

**Civil Action No. 17-cv-3168-WYD-MEH:**   Doe 14 Dismissed with prejudice 1.31.18.

**Civil Action No. 18-cv-0062-WYD-MEH:** Doe 18 Dismissed without prejudice 2.12.18.

**Civil Action No. 18-cv-0119-WYD-MEH:** Case opened 1.17.18.

Respectfully submitted this 12th day of February 2018.

BROWN & KANNADY, LLC

**/s/ Scott T. Kannady**

Scott T. Kannady, No. 29995
2000 South Colorado Blvd., Suite 2-440
Denver, CO 80222
Phone: (303) 757-3800
Fax: (303) 757-3815
E-mail:  scott@brownlegal.com
ATTORNEYS FOR PLAINTIFF